UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BURT CALVIN PAGE                                PLAINTIFF

V.                 NO. 3:17CV00006 SWW-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                 DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Burt Calvin Page's Complaint (*Doc. 1*) is DISMISSED with prejudice.

DATED this 23rd day of October, 2017.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE