UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BURT CALVIN PAGE                                                    PLAINTIFF

V.                    NO. 3:17CV00006 SWW-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 23rd day of October, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE